**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 12-7276**

—————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JUAN JOSE VALLADARES-HELGUERA,

            Defendant - Appellant.

—————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:00-cr-00130-MOC-3)

—————

Submitted:  December 20, 2012      Decided:  December 26, 2012

—————

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Juan Jose Valladares-Helguera, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Jose Valladares-Helguera appeals the district court's order denying relief on his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Valladares-Helguera, No. 3:00-cr-00130-MOC-3 (W.D.N.C. July 24, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED